AO91 (Rev. 12/03)  Criminal Complaint                                                        AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**            **CRIMINAL COMPLAINT**
                  vs.

Alvaro Daniel CHAJ                              Case Number: 1:18-po-6098
A201 524 567  Guatemala

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __December 15, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on December 15, 2018. The defendant is a citizen of Guatemala who entered the United States illegally by wading across the Rio Grande River near #PLACE OF ENTRY# on December 15, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Ramirez3, Jesus M.  Border Patrol Agent
Signature of Complainant

Ramirez3, Jesus M.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 16, 2018                                              at   Brownsville, Texas
Date                                                                     City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge                           Signature of Judge